UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR -1 AM 10: 48

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No.  '08 MJ 09 7 9 |
| | ) | BY:         ELL         DEPUTY |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8 U.S.C., Sec. 1324 (a)(2)(B)(iii) |
| Daniel NIEVES-Jurado, | ) | Bringing in Illegal Aliens Without |
| | ) | Presentation |
| | ) | |
| Defendant(s) | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about **March 30, 2008,** within the Southern District of California, defendant **Daniel NIEVES-Jurado**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Daniel CASTRO-Guzman, German RUBIO-Martinez, ,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **1st** DAY OF **APRIL, 2008.**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Daniel NIEVES-Jurado

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Daniel CASTRO-Guzman, and German RUBIO-Martinez** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On March 30, 2008, Border Patrol Agent L. Massinburge was advised by a Remote Video Surveillance System (RVSS) Operator that he observed ten individuals climbing the primary fence and the secondary fence near an area known as "Washerwoman's." This area is approximately two and a half miles east of the San Ysidro, California Port of Entry and 100 yards north of the United States/Mexico International Boundary Fence.

Agent Massinburge was advised that eight individuals continued north and proceeded to run towards Washerwoman's grates and proceeded east bound into the swamp area in the dense brush. Two individuals returned to Mexico with the ladder. Agent Massinburge responded to the area and after an extensive search of the area found seven individuals attempting to conceal themselves in some thick brush.   Agent Massinburge identified himself as a Border Patrol Agent and conducted an immigration inspection of each of the seven individuals.  Each individual admitted to being citizens and nationals of Mexico without having any immigration documents that would allow them to be or remain in the United States legally.  Agent Massinburge continued his search for the missing individual, eventually locating him ten yards east and separate from the main group.   Agent Massinburge identified himself as a Border Patrol Agent and conducted an immigration inspection on the lone individual later identified as the defendant **Daniel NIEVES-Jurado**. The defendant freely admitted to being a citizen and national of Mexico without having any immigration documents allowing him to be or remain in the United States legally.  The defendant and the rest of the group were arrested and transported to the Imperial Beach Border Patrol Station for processing.

## DEFENDANT'S STATEMENT:

The defendant was advised of his Miranda rights which he stated he understood and was willing to answer questions without having an attorney present. The defendant admitted to being a citizen of Mexico without having any immigration documents allowing him to be or remain in the United States legally. The defendant stated that he had been guiding groups on previous occasions and that he had successfully smuggled several aliens into the United States and been compensated monetarily or with clothes and food.

The defendant stated that on March 30, 2008, he was working for an individual known as "El Dedos" and that he had offered the defendant transportation to Glendale in exchange for guiding the group in the United States from Mexico.  The defendant agreed and was met by the group of seven at the international fence. The defendant stated that he led the group north at the secondary fence and up a ladder; the defendant and the group then jump off the fence. The defendant admitted that he knew it was dangerous and that people could be injured.  The defendant admitted that he needed the money and that is why he always brings groups with him.

**CONTINUATION OF COMPLAINT:**
**Daniel NIEVES-Jurado**

## MATERIAL WITNESSES' STATEMENTS:

The Material Witnesses, **German RUBIO-Martinez** and **Daniel CASTRO-Guzman** stated that they are citizens and nationals of Mexico without having any immigration documents allowing them to be or remain in the United States legally. The Material Witnesses stated that they made arrangements to be smuggled into the United States in Tijuana, Baja California, Mexico and that they were going to pay between $2,500.00 and $2,600.00 to be taken to Los Angeles, California. Both Material Witnesses identified the defendant as their guide from a photographic line up. They also stated that the defendant instructed them to stay quiet and where to hide in the brush and to stay quiet and not to make noise as the Border Patrol Agents approach them.