# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff               )        CRIMINAL NO. _O8CR·1151 &TM_
                                    )                   ORDER _08mj979_
            vs.                     )
                                    )        RELEASING MATERIAL WITNESS
                                    )
Daniel Nieves-Jurado                )
                                    )        Booking No.
            Defendant(s)            )
_____)

On order of the United States District/Magistrate Judge, ANTHONY J. BATTAGLIA

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:    (Bond Posted / Case Disposed / Order of Court)

### German Rubio- Martinez

DATED: ___4·15·08___

                                        ANTHONY J. BATTAGLIA
                                    _____
                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____              OR
                 DUSM
                                    W. SAMUEL HAMRICK, JR.   Clerk
                                    by_____
                                            Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95               ☆ U.S. GPO: 2003-581-774/70082